No. 1008, Misc., October Term, 1962. SCASSERRA *v.* PENNSYLVANIA, 373 U. S. 940;

No. 1035, Misc., October Term, 1962. STEWART *v.* MICHIGAN ET AL., 373 U. S. 928;

No. 1062, Misc., October Term, 1962. BOSLER *v.* DALTON, JUDGE, ET AL., 373 U. S. 942;

No. 1070, Misc., October Term, 1962. BRIGGS *v.* LOUISIANA STATE BAR ASSOCIATION, COMMITTEE ON BAR ADMISSIONS, 374 U. S. 96;

No. 1080, Misc., October Term, 1962. SUMPTER *v.* UNITED STATES, 373 U. S. 953;

No. 1139, Misc., October Term, 1962. MAY *v.* FIDELITY & DEPOSIT CO. OF MARYLAND, 374 U. S. 812;

No. 1149, Misc., October Term, 1962. TANSIMORE *v.* UNITED STATES, 374 U. S. 839;

No. 1195, Misc., October Term, 1962. BERRY *v.* CLEMMER, CORRECTIONS DIRECTOR, 374 U. S. 840;

No. 1200, Misc., October Term, 1962. VOGELSTEIN, TRADING AS BALTIMORE POSTER CO., *v.* NATIONAL SCREEN SERVICE CORP. ET AL., 374 U. S. 840;

No. 1230, Misc., October Term, 1962. DISILVESTRO *v.* CLARK ET AL., JUDGES, 374 U. S. 822;

No. 1232, Misc., October Term, 1962. STEBBINS *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE. COMMISSION, ET AL., 374 U. S. 841;

No. 1263, Misc., October Term, 1962. MONTES *v.* HERITAGE, WARDEN, 374 U. S. 816;

No. 1269, Misc., October Term, 1962. LEE *v.* PATE, WARDEN, ET AL., 374 U. S. 843;

No. 1279, Misc., October Term, 1962. HARPER *v.* CALIFORNIA, 373 U. S. 930;

No. 1288, Misc., October Term, 1962. HOLT *v.* WISCONSIN, 374 U. S. 844; and

No. 1325, Misc., October Term, 1962. CLEMONS *v.* UNITED STATES, 374 U. S. 845. Petitions for rehearing denied.